KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
DERWIN WADE McCOWAN

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DERWIN WADE McCOWAN,<br><br>   Defendant. | Case No. 1:02cr05368 OWW<br><br>MOTION FOR SUBSTITUTION OF COUNSEL ON APPEAL AND REQUEST FOR ORDER OF APPOINTMENT |

Defendant DERWIN WADE McCOWAN hereby requests that the court substitute attorney KATHERINE HART, California State Bar Number 76715, 2055 San Joaquin, Fresno, Ca. 93721 as attorney of record for purposes of the appeal in the above-entitled case, in place of an instead of attorney STEPHEN MENSEL, who has represented Defendant at the district court sentencing. The Office of the Federal Defender has arranged for the appointment of attorney KATHERINE HART on appeal, as STEPHEN MENSEL is not available to

Request for Substitution of Counsel            1

1  prepare the appeal.
2      For the convenience of respective counsel and for the sake of the expeditious
3  transition of Defendant's appeal, it is hereby requested that such substitution be
4  made.

7  DATED: October 23, 2006         /s/Derwin McCowan
                                   DERWIN WADE McCOWAN, aka
8                                  Derwin Wade Hill, Defendant and
                                   Appellant

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That Attorney STEPHEN MENSEL be relieved as attorney of record in the case of United States v. Derwin Wade McCowan, aka Derwin Wade Hill, and that the following attorney be substituted in place of and instead of attorney STEPHEN MENSEL:

> Katherine Hart,
> Attorney at Law
> California State Bar Number 76715
> 2055 San Joaquin
> Fresno, Ca. 93721.
> Telephone: (559) 256-9800
> Facsimile: (559) 256-9798

IT IS SO ORDERED.

**Dated:   October 25, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE

Request for Substitution of Counsel          2