DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DERWIN WADE McCOWAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. F 02-5368 OWW |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE HEARING ON** |
| ) | **MOTION REDUCE SENTENCE PURSUANT TO** |
| v. ) | **18 U.S.C. § 3582(c)(2); [lodged]** |
| ) | **ORDER** |
| DERWIN WADE McCOWAN, ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| Defendant. ) | **REDUCTION CASE** |
| ) | |
| _____ ) | |

    Defendant, DERWIN WADE McCOWAN, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Laurel Jackson Montoya, hereby stipulate the hearing on Mr. McCowan's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) be continued from December 15, 2008, to Monday, January 12, 2009, at 9:00 a.m., in light of the parties' efforts to reach a stipulated resolution

/ / /

/ / /

/ / /

/ / /

of the motion.

Dated:  December 8, 2008

Respectfully submitted,

| McGREGOR SCOTT | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

| /s/ *Laurel Jackson Montoya* | /s/ *David M. Porter* |
| LAUREL JACKSON MONTOYA | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | DERWIN WADE McCOWAN |

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing on Mr. McCowan's motion to reduce his sentence is **CONTINUED** from December 15, 2008, to **Monday, January 12, 2009, at 9:00 a.m.**  Defendant's reply brief is due January 5, 2009.

IT IS SO ORDERED.

**Dated:   December 8, 2008**          /s/ Oliver W. Wanger
                               UNITED STATES DISTRICT JUDGE

STIPULATION and ORDER TO CONTINUE HEARING
-2-