```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone:  (916) 498-5700
5
   Attorney for Defendant
6  DERWIN WADE McCOWAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. F 02-5368 OWW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING ON** |
| | ) | **MOTION REDUCE SENTENCE PURSUANT TO** |
| v. | ) | **18 U.S.C. § 3582(c)(2); [lodged]** |
| | ) | **ORDER** |
| DERWIN WADE McCOWAN, | ) | |
| | ) | **RETROACTIVE CRACK COCAINE** |
| Defendant. | ) | **REDUCTION CASE** |
| | ) | |
| _____ | ) | |

Defendant, DERWIN WADE McCOWAN, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Laurel Jackson Montoya, hereby stipulate the hearing on Mr. McCowan's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) be continued from January 12, 2009, to Monday, February 2, 2009, at 9:00 a.m., in light of the parties' unsuccessful efforts to reach a

/ / /

/ / /

/ / /

/ / /

stipulated resolution of the motion.

Dated:  January 6, 2009

Respectfully submitted,

| LAWRENCE G. BROWN | DANIEL J. BRODERICK |
|---|---|
| Acting United States Attorney | Federal Defender |

| /s/ *Laurel Jackson Montoya* | /s/ *David M. Porter* |
|---|---|
| LAUREL JACKSON MONTOYA | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | DERWIN WADE McCOWAN |

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing on Mr. McCowan's motion to reduce his sentence is **CONTINUED** from January 12, 2009, to **Monday, February 2, 2009, at 9:00 a.m.**  Defendant's reply brief is due January 26, 2009.

IT IS SO ORDERED.

**Dated:   January 7, 2009**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

STIPULATION and ORDER TO CONTINUE HEARING
-2-