# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Derwin Wade Hill (aka Derwin Wade McCowan) | ) Case No: 1:02-cr-05368-001 |
| | ) USM No: 60921-097 |
| Date of Previous Judgment: 10/30/2006 | ) David M. Porter |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __262__ months **is reduced to** __240__ months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 33 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 360 months to Life months | Amended Guideline Range: | 235 to 293 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Departure made on grounds of lack of sophistication in drug trafficking street level dealer. No juvenile offenses. Two prior street level drug convictions and misdemeanor burglary over represent criminal history as career offender. Extreme health problems and to avoid crack cocaine disparity justifies departure to level 33 and a sentence of 240 months, also under 3553 factors 18 U.S.C. 3582(c)(2).   **AMENDED JUDGMENT AS TO TRUE NAME**

Except as provided above, all provisions of the judgment dated __10/30/2006__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: February 13, 2009                                     /s/ OLIVER W. WANGER
                                                                                       Judge's signature

Effective Date: February 4, 2009                            OLIVER W. WANGER, US DISTRICT JUDGE
(if different from order date)                                          Printed name and title