# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.

DERWIN WADE HILL

Case No: 1:02-CR-05368-LJO-1

USM No: 60921-097

Date of Original Judgment: 09/08/2003
Date of Previous Amended Judgment: 02/02/2009
*(Use Date of Last Amended Judgment if Any)*

DAVID M. PORTER
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 240 months **is reduced to** 210.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 2/13/2009 shall remain in effect.

IT IS SO ORDERED.

Dated: **February 15, 2019**　　　　**/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE